*E-Filed 5/13/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHANIEL USHER, | No. C 13-0766 RS (PR) |
|     Petitioner, | **ORDER DIRECTING PETITIONER TO REFILE MOTION FOR RECONSIDERATION** |
| v. | |
| RICK HILL, Warden, | |
|     Respondent. | |

This closed federal habeas corpus action was filed under 28 U.S.C. § 2254 by a pro se state prisoner. The Court dismissed the petition as second or successive, denied his application to proceed *in forma pauperis* ("IFP"), directed him to pay the $5.00 filing fee forthwith, and entered judgment in favor of respondent, on March 22, 2013. Petitioner appealed. On May 29, 2013, the Ninth Circuit Court of Appeals terminated his appeal when it denied his application for a Certificate of Appealability. (Docket Nos. 11 and 12.)

Petitioner moved for reconsideration, but had not paid the filing fee. (Docket No. 13.) The Court denied the motion and directed petitioner to pay the fee, which he has done. **Petitioner is directed to refile his motion for reconsideration.**

**IT IS SO ORDERED**.

DATED: May 13, 2015

                                                RICHARD SEEBORG
                                                United States District Judge